# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO CERVERA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BERNIE ELLIS,<br><br>　　　　　　Respondent. | 1:05 CV 01243 LJO  WMW  HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO DISMISS<br><br>[Doc. 5] |

  Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On February 13, 2007, Petitioner filed a motion requesting dismissal of this action without prejudice.  Pursuant to Rule 41(a), Federal Rules of Civil Procedure, an action may be dismissed by a party without permission of the court at any time before an answer is served by the adverse party.   The rule further provides that unless otherwise stated, such a dismissal is without prejudice, except that a second such voluntary dismissal operates as an adjudication on the merits.  In this case, Respondent has not yet filed an answer.  Accordingly, Petitioner's motion to dismiss is HEREBY GRANTED and this action is DISMISSED.

  IT IS SO ORDERED.

**Dated:   February 28, 2007**　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1