# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVARO CERVERA, | ) | 1:05 CV 01243 LJO WMW HC |
| | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO DISMISS AS MOOT |
| Petitioner, | ) | |
| | ) | [Doc. 8] |
| v. | ) | |
| | ) | |
| BERNIE ELLIS, | ) | |
| | ) | |
| Respondent. | ) | |

    Petitioner is a federal prisoner who was formerly proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 13, 2007, Petitioner filed a motion requesting dismissal of this action without prejudice. On February 28, 2007, this court entered an order granting Petitioner's request and dismissing this action without prejudice. On March 7, 2007, Petitioner filed a second motion requesting dismissal of this action. In light of the court's prior order dismissing the action, Petitioner's motion filed March 7, 2007, is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:    **March 28, 2007**                           /s/ Lawrence J. O'Neill
b9ed48                                                 UNITED STATES DISTRICT JUDGE